Michael E. Hansen [CSBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
SAUL MORENO-LEMUS

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  Case No.: 2:19-cr-00170 MCE |
| Plaintiff, | ) |
| | )  **REQUEST FOR WAIVER OF** |
| vs. | )  **DEFENDANT'S IN-PERSON** |
| | )  **APPEARANCE (LOCAL RULE 137(b)** |
| SAUL MORENO-LEMUS, | )  **& GENERAL ORDER 616)** |
| Defendant. | ) |
| | ) |
| _____ | ) |

Pursuant to Local Rule 137(b) and General Order 616, defendant Saul Moreno-Lemus hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when a continuance is ordered, and when any other action is taken by the court after trial, except upon imposition of sentence. Defendant hereby requests the Court to proceed by videoconference of defendant's presence, the same as if defendant were present in-person, and further agrees to be present in court ready for sentencing any day and hour the Court may fix in his absence.  Undersigned has consulted with the defendant and the defendant consents to counsel's signing on defendant's behalf.

Dated:  October 16, 2020          /s/ Michael E. Hansen for
                                  SAUL MORENO-LEMUS

///

///

///

**1**

**Request for Waiver of Defendant's Personal Presence**

I agree with and consent to my client's waiver of appearance.

Dated:  October 16, 2020

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
SAUL MORENO-LEMUS

## ORDER

The above waiver of in-person presence is GRANTED.

IT IS SO ORDERED.

Dated:  October 23, 2020

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

**2**

**Request for Waiver of Defendant's Personal Presence**