Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359
Email:  mhansen@criminal-defenses.com

Attorney for Defendant
SAUL MORENO-LEMUS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>SAUL MORENO-LEMUS,<br><br>          Defendant. | No.  2:19-CR-00170-MCE<br><br>**ORDER GRANTING DEFENDANT SAUL MORENO-LEMUS' APPLICATION TO SEAL** |

The Court finds that, for the reasons stated in Defendant's Application to Seal and pursuant to the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990), sealing the Application and Supplemental Sentencing Memorandum serves a compelling interest.  The Court further finds that, in the absence of closure, the compelling interests identified by the Defendant would be harmed.  In light of the public filing of its Notice to Seal, the Court further finds that there are no additional alternatives to sealing that would adequately protect the compelling interests identified by the Defendant.

///

///

///

///

///

1

**Defendant's Application to Seal**

Accordingly, upon application of Defendant Saul Moreno Lemus, through counsel, and good cause being shown, IT IS HEREBY ORDERED that Defendant Saul Moreno Lemus' Application to Seal and Supplemental Sentencing Memorandum is are SEALED until ordered unsealed by the Court.

IT IS SO ORDERED.

Dated: April 9, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

**Defendant's Application to Seal**